**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1269**

———————

RANDY L. THOMAS, and as Father, Next of Friend, Natural
Guardian, and on behalf of A.T.T.,

            Plaintiff - Appellant,

        v.

RONALD L. CHAPMAN, In his Official and Personal Capacity;
CHRISTY T. MANN, In her Official and Personal Capacity;
GEORGE E. BATTLE, III, In his Official and Personal
Capacity; BARRY BOWE, In his Official and Personal Capacity;
U.S. DEPARTMENT OF EDUCATION; MCDOWELL STREET CENTER FOR
FAMILY LAW INC.; DONNA J. JACKSON, In her Official and
Personal Capacity; AIDA CORREA, a/k/a Aida Correa Vazquez,
a/k/a Aida Correa Velez; GRAHAM C. MULLEN, In his Official
and Personal Capacity; JOHN AND JANE DOES 1-50, In their
Official and Personal Capacity; STATE OF NORTH CAROLINA;
CHARLOTTE-MECKLENBURG SCHOOLS BOARD OF EDUCATION,

            Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge. (5:11-cv-00694-BR)

———————

Submitted:  June 14, 2012            Decided:  June 19, 2012

———————

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Randy L. Thomas, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy L. Thomas seeks to appeal the district court's order reassigning his civil case to a new judge. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Thomas seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED